CASE NO: 2020-10701 P JD

COMMONWEALTH OF PENNSYLVANIA:
COUNTY OF LAWRENCE

ANNE M PAPA
_____

        VS

NESHANNOCK VFD ET AL
_____

RICHARD ROSSI_____, <u>Deputy Sheriff</u> of Lawrence County

Pennsylvania, who being duly sworn according to law,

says, the within <u>WRIT OF SUMMONS</u>_____ was served upon

<u>NESHANNOCK VFD</u>_____ the

<u>DEFENDANT</u>_____, at <u>0001:45</u> PM , on the <u>14th</u> day of <u>October</u>, <u>2020</u>

at <u>NESHANNOCK VOLUNTEER FIRE CO  3135 MERCER RD</u>

<u>NEW CASTLE, PA 16105</u>_____ by handing to

<u>PATRICK BRADAC, EMPLOYEE / ADM. OF THE VOLUNTEER FIRE CO</u>

a true and attested copy of <u>WRIT OF SUMMONS</u>_____.


Lawrence County
Sheriff Costs.... /77.00

                                       So Answers:

                                       _____
                                       Perry L. Quahliero, Sheriff

                                       By:
                                       _____
                                       Deputy Sheriff

Comments:

<u>NOTIFIED PLF'S COUNSEL OF DATE OF SERVICE BY ORDINARY MAIL</u>

                       FILED/ORIGINAL

                      2020 OCT 15 AM 11:56

                      JODI KLABON-ESOLDO
                      PRO AND CLERK

CASE NO: 2020-10701 P

COMMONWEALTH OF PENNSYLVANIA:
COUNTY OF LAWRENCE

ANNE M PAPA

VS

NESHANNOCK VFD ET AL

RICHARD ROSSI, Deputy Sheriff of Lawrence County Pennsylvania, who being duly sworn according to law, says, the within WRIT OF SUMMONS was served upon NESHANNOCK VFD BOARD the DEFENDANT, at 0001:45 PM, on the 14th day of October, 2020 at NESHANNOCK VOLUNTEER FIRE CO  3135 MERCER RD NEW CASTLE, PA 16105 by handing to PATRICK BRADAC, EMPLOYEE / ADM. OF THE VOLUNTEER FIRE CO a true and attested copy of WRIT OF SUMMONS.

Lawrence County
Sheriff Costs....     .00

So Answers:

_Perry L. Quahliero_
Perry L. Quahliero, Sheriff

By: _____
       Deputy Sheriff

Comments:

NOTIFIED PLF'S COUNSEL OF DATE OF SERVICE BY ORDINARY MAIL

FILED/ORIGINAL

2020 OCT 15  AM 11: 56

JODI KLABON-ESOLDO
PRO AND CLERK

CASE NO: 2020-10701 P

COMMONWEALTH OF PENNSYLVANIA:
COUNTY OF LAWRENCE

ANNE M PAPA

VS

NESHANNOCK VFD ET AL

RICHARD ROSSI, Deputy Sheriff of Lawrence County Pennsylvania, who being duly sworn according to law, says, the within WRIT OF SUMMONS was served upon DICOLA JOHN - CHIEF & INIDIV the DEFENDANT, at 0001:45 PM, on the 14th day of October, 2020 at NESHANNOCK VOLUNTEER FIRE CO  3135 MERCER RD  NEW CASTLE, PA 16105 by handing to PATRICK BRADAC, EMPLOYEE / ADM. OF THE VOLUNTEER FIRE CO a true and attested copy of WRIT OF SUMMONS.

Lawrence County
Sheriff Costs....    .00

So Answers:

*Perry L. Quahliero* (signature)
Perry L. Quahliero, Sheriff

By: _____
     Deputy Sheriff

Comments:
NOTIFIED PLF'S COUNSEL OF DATE OF SERVICE BY ORDINARY MAIL

FILED/ORIGINAL

2020 OCT 15 AM 11:56

JODI KLABON-ESOLDO
PRO AND CLERK

CASE NO: 2020-10701 P

COMMONWEALTH OF PENNSYLVANIA:
COUNTY OF LAWRENCE

ANNE M PAPA

       VS

NESHANNOCK VFD ET AL

RICHARD ROSSI , Deputy Sheriff of Lawrence County Pennsylvania, who being duly sworn according to law, says, the within WRIT OF SUMMONS was served upon SHAFFER BRADLEY- DEPUTY & INDV the DEFENDANT , at 0001:45 PM , on the 14th day of October , 2020 at NESHANNOCK VOLUNTEER FIRE CO 3135 MERCER RD NEW CASTLE, PA 16105 by handing to PATRICK BRADAC, EMPLOYEE / ADM. OF THE VOLUNTEER FIRE CO a true and attested copy of WRIT OF SUMMONS .

Lawrence County
Sheriff Costs....   .00

So Answers:

*Perry L. Quahliero* (signature)
Perry L. Quahliero, Sheriff

By: _____
Deputy Sheriff

Comments:

NOTIFIED PLF'S COUNSEL OF DATE OF SERVICE BY ORDINARY MAIL

CASE NO: 2020-10701 P

COMMONWEALTH OF PENNSYLVANIA:
COUNTY OF LAWRENCE

ANNE M PAPA

       VS

NESHANNOCK VFD ET AL

RICHARD ROSSI, Deputy Sheriff of Lawrence County Pennsylvania, who being duly sworn according to law, says, the within WRIT OF SUMMONS was served upon MELCER BRIAN - DEPUTY & INDIV the DEFENDANT, at 0001:45 PM, on the 14th day of October, 2020 at NESHANNOCK VOLUNTEER FIRE CO 3135 MERCER RD NEW CASTLE, PA 16105 by handing to PATRICK BRADAC, EMPLOYEE / ADM. OF THE VOLUNTEER FIRE CO a true and attested copy of WRIT OF SUMMONS.

Lawrence County
Sheriff Costs....   .00

So Answers:

*Perry L. Quahliero* (signature)
Perry L. Quahliero, Sheriff

By: _____
      Deputy Sheriff

Comments:

NOTIFIED PLF'S COUNSEL OF DATE OF SERVICE BY ORDINARY MAIL

FILED/ORIGINAL

2020 OCT 15  AM 11: 56

JODI KLABON-ESOLDO
PRO AND CLERK