IN THE COURT OF COMMON PLEAS OF LAWRENCE COUNTY, PENNSYLVANIA

| | |
|---|---|
| ANNE PAPA, <br><br> Plaintiff, <br><br> v. <br><br> NESHANNOCK VFD, NESHANNOCK VFD BOARD, JOHN D. DICOLA, CHIEF AND INDIVIDUALLY, BRADLEY SHAFFER, DEPUTY AND INDIVIDUALLY, AND BRIAN MELCER, DEPUTY AND INDIVIDUALLY, <br><br> Defendants. | CIVIL DIVISION <br><br> 10701 of 2020ca <br><br> **PRAECIPE FOR RULE TO FILE COMPLAINT** <br><br> Filed on Behalf of Defendants, *Neshannock VFD, Neshannock VFD Board, John D. Dicola, Chief and individually, Bradley Shaffer, Deputy and individually, and Brian Melcer, Deputy and individually.* <br><br> Counsel of Record for This Party: <br><br> **Bruce E. Rende, Esquire** <br> PA I.D.#52714 <br><br> **Timothy D. Iannini, Esquire** <br> PA I.D. #205572 <br><br> ROBB LEONARD MULVIHILL LLP <br> Firm #249 <br> BNY Mellon Center <br> 500 Grant Street, Suite 2300 <br> Pittsburgh, PA 15219 <br><br> Telephone:  (412) 281-5431 <br> Facsimile:  (412) 281-3711 |

**JURY TRIAL DEMANDED**

FILED/ORIGINAL 2020 OCT 30 AM 10: 17 JODI KLABON-ESOLDO PRO AND CI FRK

{R1102593.1}

IN THE COURT OF COMMON PLEAS OF LAWRENCE COUNTY, PENNSYLVANIA

| | |
|---|---|
| ANNE PAPA, | CIVIL DIVISION |
| Plaintiff, | 10701 of 2020ca |
| v. | |
| NESHANNOCK VFD, NESHANNOCK VFD BOARD, JOHN D. DICOLA, CHIEF AND INDIVIDUALLY, BRADLEY SHAFFER, DEPUTY AND INDIVIDUALLY, AND BRIAN MELCER, DEPUTY AND INDIVIDUALLY,<br>Defendants. | |

## PRAECIPE FOR RULE TO FILE COMPLAINT

TO THE PROTHONOTARY:

Will you please issue a Rule upon the Plaintiff to file a Complaint in the within action within twenty (20) days from the date of service of the Rule or suffer a judgment of non-pros.

FILED/ORIGINAL
2020 OCT 30 AM 10: 17
JODI KLABON-ESOLDO
PRO AND CLERK

Respectfully submitted,

ROBB LEONARD MULVIHILL LLP

By: */s/Bruce E. Rende*
Bruce E. Rende, Esquire
*Attorneys for Defendants, Neshannock VFD, Neshannock VFD Board, John D. Dicola, Chief and individually, Bradley Shaffer, Deputy and individually, and Brian Melcer, Deputy and individually.*

{R1102593.1 }

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within Praecipe For Rule To File Complaint was served this 28th day of October, 2020 via First Class Mail, postage prepaid upon the following:

>Angelo A. Papa, Esquire
>Signature Hill Legal
>318 Highland Avenue
>New Castle PA 16101

>*/s/Bruce E. Rende*
>Bruce E. Rende, Esquire

FILED/ORIGINAL
2020 OCT 30 AM 10: 17
JODI KLABON-ESOLDO
PRO AND CLERK

{R1102593.1}

# ROBB LEONARD MULVIHILL

### ATTORNEYS AT LAW

October 28, 2020

Bruce E. Rende
brende@rlmlawfirm.com
*Also admitted in WV & OH*

Jodi Klabon-Esoldo
Lawrence County Government Center
Prothonotary Office
430 Court Street
New Castle, PA 16101

    **RE:** **Anne Papa v. Neshannock VFD, Neshannock VFD Board, John D. Dicola, Chief and individually, Bradley Shaffer, Deputy and individually, and Brian Melcer, Deputy and individually.**
        **Claim No: PATR20100579-00001**
        **Our File No: 26674BER**

Dear Ms. Klabon-Esoldo:

    Enclosed please find the Defendants' Praecipe for Rule to File Complaint for filing in the above-referenced matter.

    If you have any questions or concerns, please do not hesitate to contact us.

Very truly yours,

Bruce E. Rende

BER/evm
Enclosures

cc:     Angelo A. Papa, Esquire (w/o enclosures)

**RECEIVED**
**OCT 30 2020**
**PRO & CLERK**

{R1102757.1}

Robb Leonard Mulvihill LLP • BNY Mellon Center • 500 Grant Street • Suite 2300 • Pittsburgh, Pennsylvania 15219
Phone 412-281-5431 • Fax 412-281-3711 • rlmlawfirm.com
Northern Regional Office • 724-779-5040