IN THE COURT OF COMMON PLEAS OF LAWRENCE COUNTY, PENNSYLVANIA

| | |
|---|---|
| ANNE PAPA, | CIVIL DIVISION |
| Plaintiff, | 10701 of 2020ca √SD |
| v. | PRAECIPE FOR APPEARANCE |
| NESHANNOCK VFD, NESHANNOCK VFD BOARD, JOHN D. DICOLA, CHIEF AND INDIVIDUALLY, BRADLEY SHAFFER, DEPUTY AND INDIVIDUALLY, AND BRIAN MELCER, DEPUTY AND INDIVIDUALLY, | Filed on Behalf of Defendants, *Neshannock VFD, Neshannock VFD Board, John D. Dicola, Chief and individually, Bradley Shaffer, Deputy and individually, and Brian Melcer, Deputy and individually.* |
| Defendants. | Counsel of Record for This Party: |
| | **Bruce E. Rende, Esquire** PA I.D.#52714 |
| | **Timothy D. Iannini, Esquire** PA I.D. #205572 |
| | ROBB LEONARD MULVIHILL LLP Firm #249 BNY Mellon Center 500 Grant Street, Suite 2300 Pittsburgh, PA 15219 |
| | Telephone:  (412) 281-5431 Facsimile:  (412) 281-3711 |
| **JURY TRIAL DEMANDED** | |

FILED/ORIGINAL

2020 OCT 30  AM 10: 16

JODI KLABON-ESOLDO

{R1102382.1 }

IN THE COURT OF COMMON PLEAS OF LAWRENCE COUNTY, PENNSYLVANIA

| | |
|---|---|
| ANNE PAPA, <br><br> Plaintiff, <br><br> v. <br><br> NESHANNOCK VFD, NESHANNOCK VFD BOARD, JOHN D. DICOLA, CHIEF AND INDIVIDUALLY, BRADLEY SHAFFER, DEPUTY AND INDIVIDUALLY, AND BRIAN MELCER, DEPUTY AND INDIVIDUALLY, <br> Defendants. | CIVIL DIVISION <br><br> 10701 of 2020ca |

## PRAECIPE FOR APPEARANCE

Please enter the appearance of ROBB LEONARD MULVIHILL LLP, Bruce E. Rende, Esquire, and Timothy D. Iannini, Esquire, on behalf of Defendants, *Neshannock VFD, Neshannock VFD Board, John D. Dicola, Chief and individually, Bradley Shaffer, Deputy and individually, and Brian Melcer, Deputy and individually,* in the above-captioned case.

Respectfully submitted,

ROBB LEONARD MULVIHILL LLP

*/s/Bruce E. Rende*
Bruce E. Rende, Esquire

{R1102382.1}

FILED/ORIGINAL

2020 OCT 30 AM 10: 16

JODI KLABON-ESOLDO
PRO AND CLERK

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of its **PRAECIPE FOR APPEARANCE** has been served via United States First Class Mail, postage prepaid, this 28th day of October, 2020, upon the following:

>Angelo A. Papa, Esquire
>Signature Hill Legal
>318 Highland Avenue
>New Castle PA 16101

>>*/s/Bruce E. Rende*
>>Bruce E. Rende, Esquire

{R1102382.1}

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by: __Counsel for Defendant__

Signature: */s/Bruce E. Rende*

Name: __Bruce E. Rende, Esquire__

Attorney No.: __52714__

{R1102382.1 }

FILED/ORIGINAL

2020 OCT 30 AM 10: 16

JODI KLABON-ESOLDO
PRO AND CLERK

# ROBB LEONARD MULVIHILL

## ATTORNEYS AT LAW

October 28, 2020

Bruce E. Rende
brende@rlmlawfirm.com
*Also admitted in WV & OH*

Jodi Klabon-Esoldo
Lawrence County Government Center
Prothonotary Office
430 Court Street
New Castle, PA 16101

RE:  **Anne Papa v. Neshannock VFD, Neshannock VFD Board, John D. Dicola, Chief and individually, Bradley Shaffer, Deputy and individually, and Brian Melcer, Deputy and individually.**
Claim No: PATR20100579-00001
Our File No: 26674BER

Dear Ms. Klabon-Esoldo:

Enclosed please find the Defendants' Praecipe for Appearance for filing in the above-referenced matter.

If you have any questions or concerns, please do not hesitate to contact us.

Very truly yours,

*/s/Bruce E. Rende*
Bruce E. Rende

BER/evm
Enclosures

cc:  Angelo A. Papa, Esquire (w/o enclosures)

**RECEIVED**
OCT 30 2020
PRO & CLERK

{R1102550.1}

Robb Leonard Mulvihill LLP • BNY Mellon Center • 500 Grant Street • Suite 2300 • Pittsburgh, Pennsylvania 15219
Phone 412-281-5431 • Fax 412-281-3711 • rlmlawfirm.com
Northern Regional Office • 724-779-5040